IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:26-CV-00425-M

| | | |
|---|---|---|
| BRITTANY ALONDRA BOLTINHOUSE,<br><br>Plaintiff,<br><br>v.<br><br>THOM BRODEUR, JKN UNIVERSE, LLC d/b/a THE MISS USA ORG/MISS UNIVERSE, A BLAIZE PRODUCTIONS LLC, ARIANA BLAIZE, NIC BLAIZE, BDE HC, LLC, and BDE MISS USA, LLC,<br><br>Defendants. | ) | MOTION FOR ENTRY OF DEFAULT AGAINST THE DEFENDANT FOR FAILURE TO PLEAD OR OTHERWISE DEFEND |

MOTION FOR ENTRY OF DEFAULT

Comes now, Brittany Alondra Boltinhouse, Plaintiff, who moves the Clerk of Court for an Entry of Default by Defendant JKN Universe, LLC d/b/a Miss USA Org/Miss Universe for failure to plead or otherwise defend against this action in a timely manner pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1. Plaintiff states and shows the following facts in support of the motion:

1. On September 22, 2026, Defendant JKN Universe, LLC d/b/a Miss USA Org/Miss Universe was duly served an Amended Complaint and Civil Summons certified mail pursuant to Rule Four of the North Carolina Rules of Civil Procedure.

2. After the Amended Complaint and Civil Summons were initially filed in Duplin County, North Carolina Superior Court, Plaintiff's counsel filed for entry of default and motion for default judgment after time expired and JKN Universe, LLC d/b/a Miss USA Org/Miss Universe failed to answer or move;
3. On October 26, 2026, Thom Brodeur, BDE HC, LLC, and BDE MISS USA, LLC, filed a notice of removal to this Court. (D.E. 1).
4. As shown by the proof of service of the Amended Complaint and Summons the above-named Defendant, JKN Universe, LLC d/b/a Miss USA Org/Miss Universe, was served pursuant to Rule Four of the North Carolina Rules of Civil Procedure on September 22, 2026. See attached Exhibit 1.
5. JKN Universe, LLC d/b/a Miss USA Org/Miss Universe was served on September 22, 2026, and failed and/or refused to file an answer to the complaint.
6. On November 3, 2026, the Clerk of Court directed Plaintiff to proceed to obtain an entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. (D.E. 20).
7. The Defendant is not an infant or incompetent person.
8. The Defendant is not in the military service of the United States.
9. WHEREFORE, based on the foregoing, Plaintiff requests that the court enter an Entry of Default in this matter against Defendant JKN Universe, LLC d/b/a Miss USA Org/Miss Universe for failure to defend against this action.

**MINCEY BELL RHOADES LLP**

By: /s/ *Patrick M. Mincey*
STEPHEN J. BELL
North Carolina Bar No. 44211
South Carolina Bar No. 101623
District of Columbia Bar No. 90033322
4403 Oleander Dr., Ste. C, PMB 195
Wilmington, North Carolina 28403
PATRICK M. MINCEY
North Carolina Bar No. 38372
New York Bar Registration No. 5697529
District of Columbia Bar No. 1754503
CHAD E. RHOADES
North Carolina Bar No. 48041
4208 Six Forks Road
Suite 1000 - #17356528
Raleigh, North Carolina 27609
Telephone: 910.999.0260
Email: bell@mbrattorneys.com
mincey@mbrattorneys.com
rhoades@mbrattorneys.com
com
*Attorneys for Plaintiff Brittany Alondra Boltinhouse*

## CERTIFICATE OF SERVICE

I certify that on this day I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record. Service on any party not represented by counsel or not receiving electronic service was made by United States mail.

Heather Howell Wright
BUCHALTER LLP
1 Music Circle S. Suite 300
Nashville, Tennessee 37203
hwright@buchalter.com
*Attorney for Defendants Thom Brodeur,*
*BDE HC, LLC, and BDE Miss USA, LLC*

JKN UNIVERSE, LLC d/b/a THE MISS USA ORG./MISS UNIVERSE
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Ariana Blaize
4492 Madison Run Place
Snellville, GA 30039

Nic Blaize
4492 Madison Run Place
Snellville, GA 30039

A Blaize Productions LLC
4492 Madison Run Place
Snellville, GA 30039

**MINCEY BELL RHOADES LLP**

By: /s/ *Patrick M. Mincey*
STEPHEN J. BELL
North Carolina Bar No. 44211
South Carolina Bar No. 101623
District of Columbia Bar No. 90033322
4403 Oleander Dr., Ste. C, PMB 195
Wilmington, North Carolina 28403
PATRICK M. MINCEY
North Carolina Bar No. 38372
New York Bar Registration No. 5697529
District of Columbia Bar No. 1754503
CHAD E. RHOADES
North Carolina Bar No. 48041
4208 Six Forks Road
Suite 1000 - #17356528
Raleigh, North Carolina 27609
Telephone: 910.999.0260
Email: bell@mbrattorneys.com
mincey@mbrattorneys.com
rhoades@mbrattorneys.com
*Attorneys for Plaintiff Brittany Alondra Boltinhouse*